UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANSSEN ASKEW, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:18-cv-02139-DML-TWP |
| WAL-MART STORES INC., | ) ) ) |
| Defendant. | ) ) |

## Judgment

The court, having this day granted the defendant's motion for summary judgment on all of the plaintiff's claims, hereby enters judgment in favor of the defendant and against the plaintiff in this case.

So ORDERED.

Date: 6/1/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Service via first-class U.S. Mail on:

**JANSSEN ASKEW**
P.O. Box 310911
Miami, FL 33231